AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY



FILED
JUN 27 2022
CLERK, U.S. DISTRICT
EASTERN DISTRICT OF C
BY
DEPUTY CLERK

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted): Kayvan mohammad Oskuie | | Docket or Case No.: C088693 |
| Place of Confinement: Atascadero state Hospital | | Prisoner No.: 072056-2 |
| Petitioner (include the name under which you were convicted) Kayvan mohammad oskuie v. | Respondent (authorized person having custody of petitioner) EOP | |
| The Attorney General of the State of: | | |

**PETITION**

2:22-CV 1107- CKD HC

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Sacramento superior court.

   (b) Criminal docket or case number (if you know): C088693

2. (a) Date of the judgment of conviction (if you know): 1-11-2019

   (b) Date of sentencing: 1/11/2015

3. Length of sentence: 10 year at. 85%

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Lewed and Lascivios. act with child.
   under. 14 years

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: 3rd. district court of California

(b) Docket or case number (if you know): C088693

(c) Result: reversal.

(d) Date of result (if you know): 2-17-2020

(e) Citation to the case (if you know): 

(f) Grounds raised: 1st admission to witness of Ineffective Assistance of Counsel

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: 

(2) Docket or case number (if you know): 

(3) Result:

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _N/a_

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

  (h) Did you file a petition for certiorari in the United States Supreme Court?  ☑ Yes  ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _21H00168_

    (2) Result: _denial petition._

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: _Sacramento Superior Court_

    (2) Docket or case number (if you know): _21H00168_

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _A writ of Habeas. Corpus_

    (5) Grounds raised: _Constitutional rights and Breach in familiar privacy & note 184 at 1st amendment of freedom of Associate in 14th amendments._

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☑ No

    (7) Result: _____

Page 4 of 16

AO 241 (Rev. 09/17)

   (8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court: _____N/A_____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: _____N/A_____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes   ☑ No

   (7) Result: _____

   (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: _____

Page 5 of 16

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes    ☐ No
(2) Second petition:  ☑ Yes    ☐ No
(3) Third petition:   ☑ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** familiae privacy § 1&4 of 14th amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

the act was provisional with all laws and protected in constitution

(b) If you did not exhaust your state remedies on Ground One, explain why: yes

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: the Issue was raised But my public defender never raised Issue. I think it did think It was mute

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No N/A

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: yes.

**GROUND TWO:** the 1st amendment rights of Association In freedom of Associate in fourteenth Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
the act act was supported in constitutional right in equal rights protection.

(b) If you did not exhaust your state remedies on Ground Two, explain why: yes

(c) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No
(2) If you did not raise this issue in your direct appeal, explain why: the issue was raised in 3rd. district court Already

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes ☐ No
(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Writ of Habeas Corpus.
Name and location of the court where the motion or petition was filed: Superior Court of Sacramento
Docket or case number (if you know): # 21H00168

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☐ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____
_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____
_____
_____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** No witness

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No witness either in offense or ill defenses.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☒ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _S united states_
_Eastern district of california._

Docket or case number (if you know): _2:21-cv-01038-KJM-AC._

Date of the court's decision: _dismissed_

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Had no miranda motion._

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: writ of Habeas corpus

Name and location of the court where the motion or petition was filed: Estern district court of california

Docket or case number (if you know): 2:21-cv-01038-kjm-Ac

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☑ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Eqton district court of california

Docket or case number (if you know): 2:21-cv-0038-kjm-Ac

Date of the court's decision: June-1-2022

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Gomez public defender_

(b) At arraignment and plea: ~~[struck out]~~ _Meagan Gannon_

(c) At trial: _Maegon Ganner, public defender_

(d) At sentencing: _Meagan Gannon_

(e) On appeal: _David J. Stanley_

(f) In any post-conviction proceeding: _writ of Habeas corpus_

(g) On appeal from any ruling against you in a post-conviction proceeding: ____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ____

(b) Give the date the other sentence was imposed: ____

(c) Give the length of the other sentence: ____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☒ Yes  ☐ No

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

  Section 1124.5 family al welfare fifth code 350 counts as pronsias el one way oral Coppulatio. y not Enough Evedece Bon conviction

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☒ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: __Writ of Habbeas Corpus__
__and certificed of Appualsty.__

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Kagvan mohammed Ali
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

AO 241 (Rev. 09/17)

_(blank lined space)_

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

　　(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

　　(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

　　(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

　　(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

Keyvan Mohammad Ostvie
  Plaintiff

V.                    Case # 2:21-cv-01038-bjrax

Mercedes State Hospital
  respondant.
                      June 22-2022

In consideration of the clerk at Eastern district of California

Inclosed is my statement for purpose of accountbility & for exhaustion of my writ of Habeas compus filed in effect action dated March-5-2021

                    Sincerly yours
                    Keyvan mohammed ostvie
                    Thank you
                    Keyvan mohammed ostvie