1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KAYRAN MOHAMMAD OSKUIE,                    No.  2:22-cv-1107 CKD P

12                        Petitioner,

13            v.                                 ORDER

14    EOP,

15                        Respondent.

16

17           Petitioner, an inmate at Atascadero State Hospital proceeding pro se, has filed an

18    application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however,

19    filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§

20    1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate

21    affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

22           In accordance with the above, IT IS HEREBY ORDERED that:

23           1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                                    1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  June 29, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
osku1107.101a

2