1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KAYRAN MOHAMMAD OSKUIE,              No.  2:22-cv-1107 WBS CKD P

12             Petitioner,

13        v.                             ORDER

14   EOP,

15             Respondent.

16

17        Petitioner, a California detainee proceeding pro se, has filed a motion asking that the court

18   reconsider the October 6, 2022 order dismissing this case for petitioner's failure to pay the filing

19   fee or submit a motion for leave to proceed in forma pauperis.  A review of internal court records

20   reveals that the court received a check for $505 on July 25, 2022 for satisfaction of the filing fee

21   for this action.  Since the filing fee is only $5.00, the check was returned to petitioner.   Because it

22   appears petitioner's failure to comply with the court's June 30, 2022 order that he either pay the

23   $5.00 filing fee for this action or submit a request to proceed in forma pauperis was not

24   intentional, judgment will be vacated, and petitioner will be given one more opportunity to

25   comply with that order.

26   /////

27   /////

28   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Petitioner's motion for reconsideration (ECF No. 9) is granted.  The Judgment entered

3    on October 6, 2022 (ECF No. 8) is hereby vacated.

4    2. Within 30 days, petitioner shall submit a request to proceed in forma pauperis on the

5    form provided by the Clerk of the Court or the $5.00 filing fee.  Petitioner's failure to comply

6    with this order will result in dismissal.

7    3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

8    form used by this district.

9    Dated:  November 18, 2022

10   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

16   osku1107.mfr

2